IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE CO. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 11-5830 |
| v. | : | |
| | : | |
| JOEZER ANTOINE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of March 2012, upon consideration of the Complaint seeking a declaratory judgment pursuant to 28 U.S.C. § 2201 filed by Plaintiff Allstate on September 15, 2011 (Doc. No. 1), the Answers filed by Defendants from October 10, 2011 to December 22, 2011 (Doc. Nos. 3, 7, 11, 15, and 18), supplemental briefing submitted by the parties on the jurisdictional issue (Doc. Nos. 20, 22, 21, 23, and 26), and the arguments of the parties at the February 1, 2012 hearing (Doc. No. 28), it is **ORDERED** that this case is **DISMISSED without prejudice** to the Parties' rights to seek declaratory relief in state court.

The Clerk's Office shall close this case for statistical purposes.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.